ORIGINAL

FILED

2006 OCT -5  PM 2: 33

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON T. THOMPSON)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 06CR0745-GT |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CARINA PRECIADO, | ) | |
| Defendant. | ) | |

     **IT IS HEREBY ORDERED** that the sentencing hearing set for September 26, 2006 be rescheduled to Monday, October 30, 2006, at 9:00 a.m.

     **IT IS SO ORDERED.**

DATED: *10-5-06*



**HONORABLE GORDON T. THOMPSON, JR.**
United States District Court Judge